IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

PAMELA MCBRIDE, as surviving spouse, OF ROYCE MCBRIDE, AND JAMES MCBRIDE, as Administrator OF THE ESTATE OF ROYCE MCBRIDE

    Plaintiffs,

v.

FIDELITY LIFE ASSOCIATION, A LEGAL RESERVE LIFE INSURANCE COMPANY,

    Defendant.

CASE NO.: 1:23-cv-116

## NOTICE OF REMOVAL

Defendant, Fidelity Life Association ("Defendant" or "Fidelity Life"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 – 1452, hereby removes the action pending in state court in Bradley County, Tennessee styled *Pamela McBride, et al v. Fidelity Life Association*, Docket No. V-23-248 (filed April 8, 2023) to this Court. As grounds for removal, Defendant states as follows:

    1.    On or about April 6, 2023, Plaintiffs Pamela McBride, as surviving spouse of Royce McBride, and James McBride, as Administrator of the Estate of Royce McBride (collectively "Plaintiffs") instituted this first-party insurance coverage action against Fidelity Life in the Circuit Court of Bradley County, Tennessee, Docket No. V-23-248. The Summons and Complaint in the state court action are attached hereto as Exhibit 1.

1

## REMOVAL IS TIMELY AND PROPER

2. Fidelity Life was served with the Complaint on April 17, 2023. Exhibit 1, Summons and Complaint. Accordingly, pursuant to 28 U.S.C. § 1446(b), Fidelity Life timely filed this Notice of Removal within 30 days of service of the Summons and Complaint.

3. Fidelity Life's removal of this action to this Court is proper because this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 inasmuch as there is complete diversity of citizenship between Plaintiffs and Defendant Fidelity Life and the amount in controversy exceeds $75,000.00, exclusive of interest, attorneys' fees, and costs.

## THERE IS DIVERSITY OF CITIZENSHIP BETWEEN THE PARTIES

4. At all times material, Pamela McBride has been a resident and citizen of Tennessee. Therefore, Pamela McBride is a citizen of Tennessee for purposes of determining diversity of citizenship with the meaning of 28 U.S.C. § 1332. Exhibit 1, Complaint at ¶ 1.

5. At all times material, James McBride was appointed Administrator of the Estate of Royce McBride by the Probate Court of Bradley County, Tennessee. Royce McBride was a citizen of Tennessee at the time of this death. Therefore, James McBride, as Administrator of the Estate of Royce McBride, is a citizen of Tennessee for purposes of determining diversity of citizenship with the meaning of 28 U.S.C. § 1332. Exhibit 1, Complaint at ¶ 2.

6. At all times material to this action, Fidelity Life has been an Illinois corporation with its principal place of business in Illinois. Therefore, Fidelity Life is a citizen of Illinois for purposes of determining diversity of citizenship with the meaning of 28 U.S.C. § 1332.

7. Complete diversity of citizenship as between Plaintiffs and Defendant Fidelity Life therefore exists because Plaintiffs and Defendant are citizens of different states pursuant to 28 U.S.C. § 1332.

**THE THRESHOLD AMOUNT IN CONTROVERSY IS SATISFIED**

8. The preponderance of the evidence establishes that the amount in controversy in this action exceeds the sum or value of $75,000.00, exclusive of interest, attorneys' fees, and costs, *Hayes v. Equitable Energy Res. Co*., 266 F.3d 560, 572 (6th Cir. 2001), because Plaintiffs seek in excess of $2,500,000 in damages, exclusive of interest, fees, and costs.

9. Plaintiffs' Complaint alleges that Fidelity Life issued a twenty-year term level term life insurance policy under Policy Number 0FL0521901 ("Fidelity Policy") to Royce McBride, the spouse of Pamela McBride, which Plaintiffs contend provides benefits payable to Pamela McBride in the event of the death of Royce McBride. Exhibit 1, Complaint at ¶ 5.

10. Plaintiffs further contend that the face amount of the subject Fidelity Policy is $2,500,000 (Two Million Five Hundred Thousand Dollars). Id.

11. Plaintiffs allege that Royce McBride died on April 9, 2022.

12. Plaintiffs contend that Pamela McBride, as the primary beneficiary of the Fidelity Policy, is entitled to receive death benefits in the amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00). Id. at ¶ 20.

13. Plaintiffs' Complaint further alleges that Pamela McBride and secondary beneficiary, Phillip McBride, have timely submitted claim forms to Fidelity Life and have requested payment pursuant to the terms of the Fidelity Policy. Id. at ¶ 15.

14. Plaintiffs allege that Fidelity Life has breached its contract and breached its duties to Plaintiffs by failing and refusing to timely make a good faith payment of all benefits under the subject insurance policy as a result of Royce McBride's death. Id. at ¶ 22, 24-27.

15. Plaintiffs seek to recover death benefits in the amount of $2,500,000.00, interest and attorney fees, along with statutory bad faith penalties and damages pursuant to the Tennessee Consumer Protection Act.

16. Accordingly, the amount in controversy in this matter exceeds the sum or value of $75,000.00, exclusive of interest, attorneys' fees, and costs.

**ALL OTHER CONDITIONS FOR REMOVAL ARE SATISFIED**

17. Removal is timely filed within 30 days of service of the Complaint upon Fidelity Life on April 17, 2023.

18. Venue is proper in the Eastern District of Tennessee because this District is "the district court of the United States pursuant to which such action is pending." 28 U.S.C. § 1446(a).

19. Concurrent with the filing and serving of this Notice of Removal, Defendant shall cause to be filed a copy of this Notice with the Circuit Court for Bradley County, Tennessee in compliance with 28 U.S.C. § 1446(d).

20. Notwithstanding this removal, Fidelity Life does not waive and specifically reserves any and all objections, exceptions, or defenses to this action, including but not limited to, moving to have this matter dismissed, stayed, and/or transferred to another court. Fidelity Life further reserves the right to amend or supplement this Notice of Removal.

**WHEREFORE**, Defendant Fidelity Life Association removes this action from the Circuit Court of Bradley County, Tennessee to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted,

**HOWELL & FISHER, PLLC**
*Counsel for Defendant, Fidelity Life Association*


*/s/ G. Andrew Rowlett*
G. Andrew Rowlett, No. 016277
3310 West End Avenue, Suite 550
Nashville, TN 37203
arowlett@howell-fisher.com
#615/244-3370

**KENNEDYS CMK LLP**
*Counsel for Defendant, Fidelity Life Association*

*/s/ Sean Mahoney*
**SEAN P. MAHONEY**
(*to be admitted pro hac vice*)
**FRANCES A. LETTIERI**
(*to be admitted pro hac vice*)
1600 Market Street
Suite 1410
Philadelphia, PA 19103
Email: Sean.Mahoney@kennedyslaw.com
Email: Frances.Lettieri@kennedyslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on **May 17, 2023** a true copy of the foregoing has been filed with the Court via the CM/ECF System and via electronic mail to *Counsel for Plaintiffs*, Logan-Thompson, P.C., Robert S. Thompson, Esq., 30 2nd Street NW, P.O. Box 191, Cleveland, TN 423-472-0211, rthompson@loganthompsonlaw.com.

*/s/ G. Andrew Rowlett*
**G. ANDREW ROWLETT**

5