THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

PAMELA MCBRIDE, as surviving spouse,
OF ROYCE MCBRIDE, AND JAMES
MCBRIDE, as Administrator OF THE
ESTATE OF ROYCE MCBRIDE

    Plaintiffs,                  **CASE NO.: 1:23-cv-116**

v.

FIDELITY LIFE ASSOCIATION, A LEGAL
RESERVE LIFE INSURANCE COMPANY,

    Defendant.

_____

## NOTICE OF SETTLEMENT

Plaintiff Pamela McBride, as surviving spouse of Royce McBride, and James McBride, as administrator of the Estate of Royce McBride, and Defendant Fidelity Life Association (collectively the "Parties") hereby give notice to the Court that all disputes at issue in this matter have been resolved and that the Parties will be filing a stipulation of dismissal.

**LOGAN-THOMPSON, P.C.**

*/s/: Robert S. Thompson*
**ROBERT S. THOMPSON, No. 12832**
P.O. Box 191, Cleveland, TN 37364-0191
Email: rthompson@loganthompsonlaw.com
Phone: (423) 476-2251

**HOWELL & FISHER, PLLC**

*/s/ G. Andrew Rowlett*
**G. ANDREW ROWLETT, No. 016277**
3310 West End Avenue, Suite 550
Nashville, TN 37203
Email: arowlett@howell-fisher.com
Phone: (615) 244-3370
*Counsel for Defendant, Fidelity Life Association*


**KENNEDYS CMK LLP**

*/s/ Sean Mahoney*
**SEAN P. MAHONEY**
(*admitted pro hac vice*)
1600 Market Street
Suite 1410
Philadelphia, PA 19103
Email: Sean.Mahoney@kennedyslaw.com
*Counsel for Defendant, Fidelity Life Association*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2024** a true copy of the foregoing has been filed with the Court via the CM/ECF System and via electronic mail to *Counsel for Plaintiffs*, Logan-Thompson, P.C., Robert S. Thompson, Esq., 30 2nd Street NW, P.O. Box 191, Cleveland, TN 423-472-0211, rthompson@loganthompsonlaw.com.

                              */s/ G. Andrew Rowlett*
                              **G. ANDREW ROWLETT**


                              */s/:* Sean P. Mahoney
                              **SEAN P. MAHONEY**